

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00240-CR

Ex Parte Jerry Hartfield

On Appeal from the
130th District Court of Matagorda County, Texas
Trial Cause No. 13-334

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the portion of the trial court's April 17, 2014 order denying the petition for writ of habeas corpus under article 11.08 and dismisses the appeal. The Court orders the portion of the trial court's April 17, 2014 order denying the petition for writ of habeas corpus under article 11.08 VACATED and the appeal DISMISSED.

We further order this decision certified below for observance.

August 14, 2014